| FORM B1 | United States Bankruptcy Court<br>**Middle District of Florida** | **Voluntary Petition** |
| --- | --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle)<br>**Blackburn, Matthew A.** | Name of Joint Debtor (Spouse) (Last, First, Middle) |
| --- | --- |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc Sec No / Complete EIN or other Tax I D No<br>(if more than one, state all)     **xxx-xx-9058** | Last four digits of Soc Sec No / Complete EIN or other Tax I D No<br>(if more than one, state all) |
| Street Address of Debtor (No & Street, City, State & Zip Code)<br>**49 Glades Circle**<br>**Largo, FL 33771-5006** | Street Address of Joint Debtor (No & Street, City, State & Zip Code) |
| County of Residence or of the<br>Principal Place of Business    **Pinellas** | County of Residence or of the<br>Principal Place of Business |
| Mailing Address of Debtor (if different from street address) | Mailing Address of Joint Debtor (if different from street address) |
| Location of Principal Assets of Business Debtor<br>(if different from street address above) | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | | |
| --- | --- | --- | --- | --- |
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
| --- | --- | --- |
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U S C § 101
- ☐ Debtor is and elects to be considered a small business under 11 U S C § 1121(e) (Optional)

- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b) See Official Form No 3

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
| --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50 001 to<br>$100,000 | $100 001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50 000,001 to<br>$100 million | More than<br>$100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s) | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | **Blackburn, Matthew A** | |

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed  - None - | Case Number | Date Filed |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor<br>- None - | Case Number | Date Filed |
| District | Relationship | Judge |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X *Matthew Blackburn*
Signature of Debtor **Matthew A. Blackburn**

X _____
Signature of Joint Debtor

**727-812-4895**

Telephone Number (If not represented by attorney)

*9/16/05*
Date

**Signature of Attorney**

X  N/A
Signature of Attorney for Debtor(s)

**Debtor not represented by attorney**

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X  N/A
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X  N/A
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

**New Horizon, Inc**

Printed Name of Bankruptcy Petition Preparer

**59-3730713/170446995**

Social Security Number (Required by 11 U S C § 110(c) )

**P.O. Box 40783**
**St Petersburg, FL  33743**

Address

**727-344-4486**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X *Candra Johnson, New Horizon Inc*
Signature of Bankruptcy Petition Preparer

*August 25, 2005*
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156

# United States Bankruptcy Court
## Middle District of Florida

In re   **Matthew A. Blackburn** _____

                               Debtor

Case No _____

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | AMOUNTS SCHEDULED | | |
| | | | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,006.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 8,046.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 15,093.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,223.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,752.00 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 1,006.00 | | |
| Total Liabilities | | | | 23,139.36 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

In re __Matthew A. Blackburn_____,                    Case No _____

                                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor holds no interest in real property, write "None" under "Description and Location of Property "

Do not include interests in executory contracts and unexpired leases on this schedule List them in Schedule G - Executory Contracts and Unexpired Leases

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim (See Schedule D ) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim "

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 0 00 | (Total of this page) |
| Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property          (Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __Matthew A. Blackburn_____,    Case No _____

                                                   Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None " If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

Do not list interests in executory contracts and unexpired leases on this schedule  List them in Schedule G - Executory Contracts and Unexpired Leases

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property "

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1 | Cash on hand | X | | | |
| 2 | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | **Amsouth Bank checking $500.00** | J | 250.00 |
| | | | **Macdill FCU savings account $140.00** | J | 70.00 |
| 3 | Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4 | Household goods and furnishings, including audio, video, and computer equipment | | **Desk, bookcase, microwave, misc. kitchen items, plastic patio furniture $240.00** | J | 120.00 |
| 5 | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | | **CDs, DVDs, books, photographs $50.00** | - | 25.00 |
| 6 | Wearing apparel | | **Clothing and shoes** | - | 50 00 |
| 7 | Furs and jewelry | | **Wedding band, gold ring with diamond chips** | - | 200 00 |
| 8 | Firearms and sports, photographic, and other hobby equipment | | **Camera, bicycle, 9MM pistol** | - | 170.00 |
| 9 | Interests in insurance policies Name insurance company of each policy and itemize surrender or refund value of each | | **Life insurance with employer** | - | 1.00 |

                                                                           Sub-Total >           886.00
                                                                      (Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc  - Evanston, IL - (800) 492-803/                                     Best Case Bankruptcy

In re **Matthew A. Blackburn**                                    Case No _____

                                    _____,
                                                Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 10  Annuities  Itemize and name each issuer | X | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans  Itemize | X | | | |
| 12  Stock and interests in incorporated and unincorporated businesses  Itemize | X | | | |
| 13  Interests in partnerships or joint ventures  Itemize | X | | | |
| 14  Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | |
| 15  Accounts receivable | X | | | |
| 16  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled  Give particulars | X | | | |
| 17  Other liquidated debts owing debtor including tax refunds  Give particulars | X | | | |
| 18  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

In re __Matthew A Blackburn__         Case No _____

                   Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims Give estimated value of each | X | | | |
| 21 Patents, copyrights, and other intellectual property Give particulars | X | | | |
| 22 Licenses, franchises, and other general intangibles Give particulars | X | | | |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories | X | | | |
| 24 Boats, motors, and accessories | X | | | |
| 25 Aircraft and accessories | X | | | |
| 26 Office equipment, furnishings, and supplies | | **Computer (homemade)** | - | 100.00 |
| 27 Machinery, fixtures, equipment, and supplies used in business | X | | | |
| 28 Inventory | X | | | |
| 29 Animals | X | | | |
| 30 Crops - growing or harvested Give particulars | X | | | |
| 31 Farming equipment and implements | X | | | |
| 32 Farm supplies, chemicals, and feed | X | | | |
| 33 Other personal property of any kind not already listed | | **Basic tools** | - | 20.00 |

|  |  |
|---|---|
| Sub-Total > | 120.00 |
| (Total of this page) | |
| Total > | 1,006.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re   **Matthew A. Blackburn**                             Case No _____

                                             Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under
*[Check one box]*
☐ 11 U S C §522(b)(1)    Exemptions provided in 11 U.S C §522(d) Note These exemptions are available only in certain states
■ 11 U S C §522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                       been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
                       period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest
                       is exempt from process under applicable nonbankruptcy law

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Amsouth Bank checking $500.00 | Fla. Const. art. X, § 4(a)(2) | 250.00 | 250.00 |
| Macdill FCU savings account $140.00 | Fla. Const. art. X, § 4(a)(2) | 70.00 | 70.00 |
| **Household Goods and Furnishings** | | | |
| Desk, bookcase, microwave, misc. kitchen items, plastic patio furniture $240 00 | Fla. Const. art. X, § 4(a)(2) | 120.00 | 120.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| CDs, DVDs, books, photographs $50.00 | Fla. Const. art. X, § 4(a)(2) | 25.00 | 25.00 |
| **Wearing Apparel** | | | |
| Clothing and shoes | Fla. Const. art. X, § 4(a)(2) | 50 00 | 50.00 |
| **Furs and Jewelry** | | | |
| Wedding band, gold ring with diamond chips | Fla. Const. art. X, § 4(a)(2) | 200.00 | 200 00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Camera, bicycle, 9MM pistol | Fla. Const. art. X, § 4(a)(2) | 170.00 | 170.00 |
| **Interests in Insurance Policies** | | | |
| Life insurance with employer | Fla. Const. art. X, § 4(a)(2) | 100% | 1.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Computer (homemade) | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100 00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Basic tools | Fla. Const. art. X, § 4(a)(2) | 14.00 | 20 00 |

   **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Form B6D
(12/03)

In re **Matthew A. Blackburn**        Case No _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests  List creditors in alphabetical order to the extent practicable  If all secured creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed"  (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No | | | | | | | | |
| | | | Value $ | | | | | |
| Account No | | | | | | | | |
| | | | Value $ | | | | | |
| Account No | | | | | | | | |
| | | | Value $ | | | | | |
| Account No | | | | | | | | |
| | | | Value $ | | | | | |

<u>  0  </u> continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re __Matthew A. Blackburn_____,    Case No _____

                                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided  Only holders of unsecured claims entitled to priority should be listed in this schedule  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community"

    If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed"  (You may need to place an "X" in more than one of these three columns )

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule  Repeat this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets )

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C  § 507(a)(2)

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in  11 U S C  § 507 (a)(3)

☐ **Contributions to employee benefit plans**

    Money owed  o employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(4)

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U S C  § 507(a)(5)

☐ **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(6)

☐ **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U S C  § 507(a)(7)

■ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C  § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution  11 U S C  § 507(a)(9)

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment

                                          __1__  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re __Matthew A. Blackburn_____,    Case No _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts<br>Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No<br><br>**Sallie Mae<br>1002 Arthur Dr.<br>Lynn Haven, FL 32444** | - | | | **Student loans** | | | | 8,046.00 | 8,046.00 |
| Account No | | | | | | | | | |
| Account No | | | | | | | | | |
| Account No | | | | | | | | | |
| Account No | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 8,046.00 | |
| Total<br>(Report on Summary of Schedules) | 8,046.00 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re  **Matthew A. Blackburn**                                    Case No _____

_____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No  **Various**<br><br>**Attention LLC**<br>**for St. Pete Medical**<br>**220 Sunset Blvd., Ste A**<br>**Sherman, TX 75092** | | · | **2004**<br>**Medical Bills** | | | | **450.00** |
| Account No<br><br>Representing:<br>**Attention LLC** | | | **St. Petersburg Medical**<br>**P O. Box 31171**<br>**Tampa, FL 33631** | | | | |
| Account No  **5342-2586-0093-0457**<br><br>**Bank of America**<br>**P.O. Box 21983**<br>**Greensboro, NC 27420-1983** | | · | **2001**<br>**Credit card purchases** | | | | **2,995 00** |
| Account No<br><br>Representing:<br>**Bank of America** | | | **Creditors Interchange**<br>**for Bank of America**<br>**80 Holtz Dr.**<br>**Buffalo, NY 14225** | | | | |
| | | | | | Subtotal<br>(Total of this page) | | **3,445.00** |

___10___  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston  IL - (800) 492-8037                                                    S/N 27108-050105   Best Case Bankruptcy

In re   **Matthew A. Blackburn**                                      Case No _____

_____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No | | | Imperial Collection Services for Bank of America 2529 Van Ness Ave. San Francisco, CA 94109 | | | | |
| Representing: Bank of America | | | | | | | |
| Account No  42505 | | | 7/8/2004 Medical Bill | | | | |
| Bay Area Emerg. Phys. P.O. Box 850001 Orlando, FL 32885-0299 | | - | | | | | 155.00 |
| Account No | | | Gold Key Credit, Inc. for Bay Area Emergency Phys. 625 US Hwy 1, Ste 102 Key West, FL 33040-5625 | | | | |
| Representing: Bay Area Emerg. Phys. | | | | | | | |
| Account No  4782643516 | | | 2001 Bank fees | | | | |
| BP/Amoco Citibank P.O. Box 15687 Wilmington, DE 19850 | | - | | | | | 418 91 |
| Account No | | | CBE Group for Citicorp/BP/Texaco P.O  Box 2547 Waterloo, IA 50704-2547 | | | | |
| Representing: BP/Amoco Citibank | | | | | | | |

Sheet no ___1___ of _10_  sheets attached to Schedule of            Subtotal                 573 91
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions  Inc - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re    **Matthew A. Blackburn**                                        Case No _____

                    _____,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No<br><br>Representing:<br>**BP/Amoco Citibank** | | | | | **LTD Financial Services**<br>**for Citibank**<br>**7322 SW Frwy, Ste. 1600**<br>**Houston, TX 77074** | | | | |
| Account No<br><br>Representing:<br>**BP/Amoco Citibank** | | | | | **NCO Financial Systems**<br>**for Citibank/BP**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | | |
| Account No  264703<br><br>**Clearwater Pathology Assoc**<br>**P.O. Box 550059**<br>**Tampa, FL 33655-0059** | | - | | | **7/8/2004**<br>**Medical Bill** | | | | 64.00 |
| Account No  981294002023033011<br><br>**Dell Financial Services**<br>**12334 N  IH 35 SB Bldg B**<br>**Austin, TX 78753** | | - | | | **2001**<br>**Collection account** | | | | 707.63 |
| Account No<br><br>Representing:<br>**Dell Financial Services** | | | | | **ER Solutions**<br>**for Dell Fin'l**<br>**P.O. Box 9004**<br>**Renton, WA 98057** | | | | |

Sheet no   **2**   of  **10**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            **771.63**

In re    **Matthew A. Blackburn**                 Case No _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM   IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No  9811940035870840014<br><br>Dell Financial Services<br>12334 N. IH 35 SB Bldg B<br>Austin, TX 78753 | | - | | | 2001<br>Collection account | | | | 1,881.63 |
| Account No<br><br>Representing.<br>Dell Financial Services | | | | | Financial Recovery Services<br>for Dell Fin'l<br>P.O. Box 385908<br>Minneapolis, MN 55438-5908 | | | | |
| Account No<br><br>Representing:<br>Dell Financial Services | | | | | Surpas Resource Corp.<br>for Dell Financial Services<br>3120 Hayes Rd., Ste 200<br>Houston, TX 77082 | | | | |
| Account No  718442465<br><br>Dun & Bradstreet RMS<br>for Dell Financial Services<br>P.O. Box 539<br>Richfield, OH 44286 | | - | | | 5/21/2004<br>Credit card purchases | | | | 165.89 |
| Account No<br><br>Representing.<br>Dun & Bradstreet RMS | | | | | Surpas Resource Corp.<br>for Dell Financial Services<br>3120 Hayes Rd., Ste 200<br>Houston, TX 77082 | | | | |

Sheet no ___3___ of _10_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
      **2,047.52**

In re    **Matthew A. Blackburn**                                    Case No _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No<br><br>**Representing:**<br>**Dun & Bradstreet RMS** | | | | **Universal Fidelity Corp.**<br>**for Dell Financial Services**<br>**P.O. Box 941911**<br>**Houston, TX 77094-8911** | | | | |
| Account No **Various**<br><br>**Financial Credit Services**<br>**for Morton Plant Hosp.**<br>**P.O. Box 90**<br>**Clearwater, FL 33757** | - | | | **2004**<br>**Medical Bills** | | | | 150.00 |
| Account No<br><br>**Representing**<br>**Financial Credit Services** | | | | **Morton Plant Hospital**<br>**P.O. Box 2017**<br>**Clearwater, FL 33757** | | | | |
| Account No **Various**<br><br>**Financial Credit Services**<br>**for St. Petersburg Med'l**<br>**P.O. Box 90**<br>**Clearwater, FL 33757** | - | | | **2004**<br>**Medical Bill** | | | | 300.00 |
| Account No<br><br>**Representing:**<br>**Financial Credit Services** | | | | **Morton Plant Hospital**<br>**P.O. Box 2017**<br>**Clearwater, FL 33757** | | | | |

Sheet no __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           450.00

Copyright (c) 1996-2005 - Best Case Solutions  Inc - Evanston, IL - (800) 492-8037

In re   **Matthew A. Blackburn**                          Case No _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br><br>**Representing:**<br>**Financial Credit Services** | | | **West Asset Management**<br>**for St. Petersburg Med'l**<br>**220 Sunset Blvd., #A**<br>**Sherman, TX 75092** | | | | |
| Account No   **4417-1210-6192-x**<br><br>**First USA/Bank One**<br>**P.O. Box 8650**<br>**Wilmington, DE 19899-8650** | | J | **Terminated relationship on credit card** | | | | 100.00 |
| Account No   **19882**<br><br>**Garcia J. Desousa MD**<br>**3334 66th St N.**<br>**Saint Petersburg, FL 33710** | | - | **9/30/2004**<br>**Medical Bill** | | | | 25.00 |
| Account No   **548897502155**<br><br>**HSBC Bank NV FKA HHLB**<br>**P O. Box 98706**<br>**Las Vegas, NV 89193** | | - | **2003**<br>**Collection account** | | | | 746.43 |
| Account No<br><br>**Representing:**<br>**HSBC Bank NV FKA HHLB** | | | **Accounts Receivable Mgt.**<br>**for HHB 6469272**<br>**P.O. Box 129**<br>**Thorofare, NJ 08086-0129** | | | | |

Sheet no  __5__  of  __10__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal                 **871.43**
                                (Total of this page)

In re   **Matthew A. Blackburn**                                                    Case No. _____
                                                         _____
                                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM   IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br><br>Representing:<br>**HSBC Bank NV FKA HHLB** | | | **FMA Alliance Ltd<br>for Household Credit<br>11811 North Fwy., Ste 900<br>Houston, TX 77060** | | | | |
| Account No<br><br>Representing:<br>**HSBC Bank NV FKA HHLB** | | | **Household Bank<br>P.O. Box 98706<br>Las Vegas, NV 89193** | | | | |
| Account No  05857<br><br>**Infinity Medical Billing,Inc<br>for Thomas E. Mathias DO<br>5125 Seminole Blvd.,#G<br>Saint Petersburg, FL 33708** | - | | **5/24/2004<br>Medical Bill** | | | | 25 00 |
| Account No<br><br>Representing:<br>**Infinity Medical Billing,Inc** | | | **Thomas E. Mathias, DO<br>6502 Park Blvd.<br>Pinellas Park, FL 33781** | | | | |
| Account No  3645925012<br><br>**MAF Collection Service<br>for Gold'sGym68380121486<br>134 S. Tampa St.<br>Tampa, FL 33602** | - | | **2004<br>Collection account** | | | | 207.00 |

Sheet no __6__ of __10__ sheets attached to Schedule of                         Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          | 232.00 |

Copyright (i) 1996-2005 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Matthew A Blackburn**                                            Case No _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM   IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No <br><br>Representing:<br>**MAF Collection Service** | | | **Gold's Gym**<br>**Cancellation Dept.**<br>**P.O. Box 79058**<br>**Waverley, MA 02479-0058** | | | | |
| Account No  **8915**<br><br>**MAF Collection Service**<br>**for Resnick, Jerrold B DMD**<br>**134 S. Tampa St.**<br>**Tampa, F L 33602** | | - | **7/10/2004**<br>**Medical Bill** | | | | 88 50 |
| Account No  **03004743736**<br><br>**Medical Business Consultants**<br>**for Babat Katz Honeycutt Sam**<br>**P.O. Box 5417**<br>**Largo, FL 33779-5417** | | | **9/22/2004**<br>**Medical Bill** | | | | 24.15 |
| Account No <br><br>Representing:<br>**Medical Business Consultants** | | | **Babat Katz Honeycutt MDs**<br>**6449 38th Ave. N., Ste C4**<br>**Saint Petersburg, FL 33710** | | | | |
| Account No  **373523**<br><br>**Pathology Associates PA**<br>**4563 Central Ave., Ste. A**<br>**Saint Petersburg, FL 33713** | | - | **9/24/2004**<br>**Medical Bill** | | | | 9 98 |

Sheet no  **7**  of  **10**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **122.63**

In re    **Matthew A. Blackburn**           Case No _____

_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No **12020 & 12571**<br><br>**Pinellas Urology Inc.**<br>**5747 38th Ave. N.**<br>**Saint Petersburg, FL 33710-1925** | | - | | | **2004**<br>**Medical Bills** | | | | 40.00 |
| Account No **04811725-5-34200**<br><br>**Plantation Billing Center**<br>**P.O. Box 189016**<br>**Plantation, FL 33318-9016** | | - | | | **8/16/2004**<br>**Medical Bill** | | | | 519.00 |
| Account No<br><br>Representing:<br>**Plantation Billing Center** | | | | | **Emerg. Phys. St. Petersburg**<br>**P.O. Box 850001**<br>**Orlando, FL 32885-1002** | | | | |
| Account No **5189-1310-1248-8204**<br><br>**Providian**<br>**P O. Box 660433**<br>**Dallas, TX 75266-0433** | | - | | | **2000**<br>**Credit card purchases** | | | | 2,900 00 |
| Account No<br><br>Representing:<br>**Providian** | | | | | **Davis Davis Attys**<br>**for Card Services/Providian**<br>**650 Washington Rd , #510**<br>**Pittsburgh, PA 15228-2702** | | | | |

Sheet no  **8**  of  **10**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal | 3,459.00
(Total of this page)

In re   **Matthew A. Blackburn**                                    Case No _____

                                          _____
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM   IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No<br><br>**Representing:**<br>**Providian** | | | | | **Enhanced Recovery Corp.**<br>**for Presidio LLC/Providian**<br>**10550 Deerwood Park Blvd.**<br>**Ste. 600**<br>**Jacksonville, FL 32256** | | | | |
| Account No<br><br>**Representing:**<br>**Providian** | | | | | **FBCS, Inc.**<br>**for Merrick/Providian**<br>**841 E. Hunting Park Ave.**<br>**Philadelphia, PA 19124-4824** | | | | |
| Account No<br><br>**Representing:**<br>**Providian** | | | | | **Presidio/CM**<br>**for Providian**<br>**101 Crossways Pk Dr W**<br>**Woodbury, NY 11797-2020** | | | | |
| Account No  **4361-4715-0079**<br><br>**Providian Financial**<br>**P.O. Box 9055**<br>**Pleasanton, CA 94566-9055** | | - | | | **2000**<br>**Credit card purchases** | | | | **2,798 00** |
| Account No  **5316807097**<br><br>**Texaco/Shell**<br>**P.O. Box 15687**<br>**Wilmington, DE 19850** | | - | | | **2001**<br>**Credit card purchases** | | | | **297 24** |

Sheet no   **9**   of  **10**   sheets attached to Schedule of                            Subtotal                    | 3,095.24
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

In re    **Matthew A. Blackburn**                                                      Case No _____

_____,
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No <br> **Representing:** <br> **Texaco/Shell** | | | **Citibank (SD) NA** <br> **P.O. Box 6241** <br> **Sioux Falls, SD 57117** | | | | |
| Account No <br> **Representing:** <br> **Texaco/Shell** | | | **Encore Receivable Mgt.** <br> **for Citibank/Texaco** <br> **P.O. Box 3330** <br> **Olathe, KS 66063-3330** | | | | |
| Account No <br> **Representing:** <br> **Texaco/Shell** | | | **NCO Financial Systems** <br> **for Citibank/Texaco** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | | | |
| Account No <br><br> **Wayne J Garcia MD** <br> **P.O. Box 67310** <br> **Saint Petersburg, FL 33736** | - | | **6/8/2004** <br> **Medical Bill** | | | | **25.00** |
| Account No | | | | | | | |

Sheet no __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 25.00 |
| Total <br> (Report on Summary of Schedules) | 15,093.36 |

In re  **Matthew A. Blackburn**  Case No _____

_____
                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property  Include any timeshare interests
State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc  State whether debtor is the lessor or lessee of a lease
Provide the names and complete mailing addresses of all other parties to each lease or contract described

NOTE    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors

■■ Check this box if debtor has no executory contracts or unexpired leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest  State whether lease is for nonresidential real property  State contract number of any government contract |
| --- | --- |
| | |

____0____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

In re   **Matthew A. Blackburn**          Case No _____

_____
Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors Include all guarantors and co-signers In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

■ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

___0___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

In re __Matthew A Blackburn__ _____ Case No _____
                          Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>Wife<br>Son | AGE<br>22<br>6 Mos. |

| **EMPLOYMENT** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | |
| Name of Employer | **Bright House Network** | |
| How long employed | **4 Mos.** | |
| Address of Employer | | |

| INCOME (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 2,877.00 | $ | N/A |
| Estimated monthly overtime | $ | 0.00 | $ | N/A |
| SUBTOTAL | $ | 2,877.00 | $ | N/A |
| LESS PAYROLL DEDUCTIONS | | | | |
| a  Payroll taxes and social security | $ | 461.82 | $ | N/A |
| b  Insurance | $ | 192.18 | $ | N/A |
| c  Union dues | $ | 0.00 | $ | N/A |
| d  Other (Specify) _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 654.00 | $ | N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,223.00 | $ | N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | N/A |
| Income from real property | $ | 0.00 | $ | N/A |
| Interest and dividends | $ | 0.00 | $ | N/A |
| Alimony  maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| Social security or other government assistance | | | | |
| (Specify) _____ | $ | 0.00 | $ | N/A |
| _____ | $ | 0 00 | $ | N/A |
| Pension or retirement income | $ | 0.00 | $ | N/A |
| Other monthly income | | | | |
| (Specify) _____ | $ | 0.00 | $ | N/A |
| _____ | $ | 0.00 | $ | N/A |
| TOTAL MONTHLY INCOME | $ | 2,223.00 | $ | N/A |

TOTAL COMBINED MONTHLY INCOME    $ _____ 2,223.00 _____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document

**Expecting baby March 2006.  Husband's commission was cut (Went from 9 people in dept. to 30 people)**

In re __Matthew A. Blackburn_____     Case No _____
                         Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate

☐  Check this box if a joint petition is filed and debtor s spouse maintains a separate household  Complete a separate schedule of expenditures labeled "Spouse "

| | | | | | |
|---|---|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | | | $ | 646.00 |
| Are real estate taxes included? | Yes ___ | No  **X** | | | |
| Is property insurance included? | Yes ___ | No  **X** | | | |
| Utilities | E ectricity and heating fuel | | | $ | 225 00 |
| | Water and sewer | | | $ | 0.00 |
| | Telephone | | | $ | 125.00 |
| | Other _____ | | | $ | 0.00 |
| Home maintenance (repairs and upkeep) | | | | $ | 0.00 |
| Food | | | | $ | 400.00 |
| Clothing | | | | $ | 20.00 |
| Laundry and dry cleaning | | | | $ | 20.00 |
| Medical and dental expenses | | | | $ | 149.00 |
| Transportation (not including car payments) | | | | $ | 145.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | | | $ | 0 00 |
| Charitable contributions | | | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | | | |
| | Homeowner's or renter's | | | $ | 0 00 |
| | Life | | | $ | 0.00 |
| | Health | | | $ | 0.00 |
| | Auto | | | $ | 192 00 |
| | Other _____ | | | $ | 0 00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | | | |
| | (Specify) _____ | | | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan ) | | | | | |
| | Auto | | | $ | 289.00 |
| | Other  **Furniture (Rooms to Go in wife's name)** | | | $ | 150.00 |
| | Other  **Auto (Loan In wife's name)** | | | $ | 293 00 |
| | Other  **Student Loans** | | | $ | 70.00 |
| Alimony maintenance and support paid to others | | | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | | $ | 0.00 |
| Other  **Haircuts** | | | | $ | 28.00 |
| Other | | | | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)      | $   2,752.00 |

## [FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | | |
|---|---|---|---|
| A | Total projected monthly income | $ | N/A |
| B | Total projected monthly expenses | $ | N/A |
| C | Excess income (A minus B) | $ | N/A |
| D | Total amount to be paid into plan each _____ | $ | N/A |
| | (interval) | | |

# United States Bankruptcy Court
## Middle District of Florida

In re  **Matthew A. Blackburn**

Debtor(s)

Case No _____

Chapter _____ **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief

Date _____9/16/05_____

Signature _____*Matthew Blackburn*_____

**Matthew A. Blackburn**
Debtor

*Penalty for making a false statement or concealing property*  Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U S C §§  152 and 3571

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

**New Horizon, Inc**

Printed or Typed Name of Bankruptcy Petition Preparer

**59-3730713/170446995**

Social Security No
(Required by 11 U S C § 110(c) )

**P.O. Box 40783**
**St. Petersburg, FL  33743**

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X _____*Sandra Cochran; New Horizon Inc.*_____

Signature of Bankruptcy Petition Preparer

_____*August 25, 2005*_____
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

# United States Bankruptcy Court
## Middle District of Florida

In re   **Matthew A. Blackburn**                                Case No _____

                                         Debtor(s)          Chapter   **7**_____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor Spouses filing a joint petition may file a single statement on which the information for both spouses is combined If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed An individual debtor engaged in business as a sole proprietor, partner family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs

Questions 1 - 18 are to be completed by all debtors Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25 **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

## DEFINITIONS

*"In business "* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed

*"Insider "* The term "insider" includes but is not limited to relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor 11 U S C § 101

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced State also the gross amounts received during the **two years** immediately preceding this calendar year (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income Identify the beginning and ending dates of the debtor's fiscal year ) If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE (if more than one) | |
|--------|------|------------|
| **$12,899.30** | **2005** | **Employment** |
| **$20,526.22** | **2004** | **Employment** |
| **$17,286 00** | **2003** | **Employment** |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case Give particulars If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE | |
|--------|--------|---|
| **$1,125.00** | **2005** | **Unemployment compensation** |

### 3. Payments to creditors

None
▉

a  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
▉

b  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
▉

a  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
▉

b  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
▉

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
▉

a  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
▉

b  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ∎ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ∎ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed  unless the spouses are separated and a joint petition is not filed )

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ∎ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

None ☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Wife (Owe Rooms to Go & Circuit City in wife's name) Wife | | Living room set, bedroom set, and TV |

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Wachovia | Checking (Jt.) | August 2004 (Moved to Amsouth) |

**12. Safe deposit boxes**

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐  If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 6847 Circle Creek Dr , Pinellas Park, FL | Same | Oct 2004 - Feb 2005 |
| 1910 Peppermill Dr., Clearwater Fl. | Same | July 2004 - Sep 2004 |
| 6847 Circle Creek Dr., Pinellas Park, FL | Same | thru June 2004 |

**16. Spouses and Former Spouses**

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

| | | | |
|---|---|---|---|
| None ■ | a List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law | | |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| | | | |
|---|---|---|---|
| None ■ | b List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material Indicate the governmental unit to which the notice was sent and the date of the notice | | |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| | | | |
|---|---|---|---|
| None ■ | c List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number | | |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

| | |
|---|---|
| None ■ | a If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case |

      If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case

      If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

| NAME | TAXPAYER I D NO (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

| | |
|---|---|
| None ■ | b Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C § 101 |

| NAME | ADDRESS |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date  9/16/05          Signature _____

                                  **Matthew A  Blackburn**
                                  Debtor

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

**New Horizon, Inc.**
_____
Printed or Typed Name of Bankruptcy Petition Preparer

**59-3730713/170446995**
_____
Social Security No
(Required by 11 U S C § 110(c) )

**P.O. Box 40783**
**St. Petersburg, FL  33743**
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X _Sandra Jackson; New Horizon Inc._          _August 25, 2005_
Signature of Bankruptcy Petition Preparer                Date

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156._

# United States Bankruptcy Court
## Middle District of Florida

In re   **Matthew A. Blackburn** _____

                                          Debtor(s)

Case No _____

Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate

2   I intend to do the following with respect to the property of the estate which secures those consumer debts

    *a   Property to Be Surrendered*

| **Description of Property** | **Creditor's name** |
| --- | --- |
| **-NONE-** | |

    *b   Property to Be Retained*                      *[Check any applicable statement ]*

| Description of Property **-NONE-** | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c) |
| --- | --- | --- | --- | --- |

Date   **9/16/05** _____

Signature   *Matthew Blwk* _____

                         **Matthew A. Blackburn**
                         Debtor

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

**New Horizon, Inc** _____

Printed or Typed Name of Bankruptcy Petition Preparer

**P.O  Box 40783**
**St. Petersburg, FL  33743**

Address

**59-3730713/170446995** _____

Social Security No
(Required by 11 U S C § 110(c) )

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X  *Cundra Jackson; New Horizon Inc.* _____  *August 25, 2005* _____

Signature of Bankruptcy Petition Preparer                               Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

Matthew A Blackburn
49 Glades Circle
Largo, FL 33771-5006

Clearwater Pathology Assoc
P O Box 550059
Tampa, FL 33655-0059

FBCS, Inc
for Merrick/Providian
841 E Hunting Park Ave.
Philadelphia, PA 19124-4824

Accounts Receivable Mgt
for HHB 6469272
P O Box 129
Thorofare, NJ 08086-0129

Creditors Interchange
for Bank of America
80 Holtz Dr
Buffalo, NY 14225

Financial Credit Services
for Morton Plant Hosp
P O Box 90
Clearwater, FL 33757

Attention LLC
for St Pete Medical
220 Sunset Blvd , Ste A
Sherman, TX 75092

Davis Davis Attys
for Card Services/Providian
650 Washington Rd , #510
Pittsburgh, PA 15228-2702

Financial Credit Services
for St Petersburg Med'l
P.O Box 90
Clearwater, FL 33757

Babat Katz Honeycutt MDs
6449 38th Ave N , Ste C4
Saint Petersburg, FL 33710

Dell Financial Services
12334 N IH 35 SB Bldg B
Austin, TX 78753

Financial Recovery Services
for Dell Fin'l
P O Box 385908
Minneapolis, MN 55438-5908

Bank of America
P O Box 21983
Greensboro, NC 27420-1983

Dun & Bradstreet RMS
for Dell Financial Services
P O Box 539
Richfield, OH 44286

First USA/Bank One
P O Box 8650
Wilmington, DE 19899-8650

Bay Area Emerg Phys
P O Box 850001
Orlando, FL 32885-0299

Emerg Phys St Petersburg
P O Box 850001
Orlando, FL 32885-1002

FMA Alliance Ltd
for Household Credit
11811 North Fwy , Ste 900
Houston, TX 77060

BP/Amoco Citibank
P O Box 15687
Wilmington, DE 19850

Encore Receivable Mgt
for Citibank/Texaco
P O Box 3330
Olathe, KS 66063-3330

Garcia J Desousa MD
3334 66th St N
Saint Petersburg, FL 33710

CBE Group
for Citicorp/BP/Texaco
P O Box 2547
Waterloo, IA 50704-2547

Enhanced Recovery Corp
for Presidio LLC/Providian
10550 Deerwood Park Blvd
Ste 600
Jacksonville, FL 32256

Gold Key Credit, Inc
for Bay Area Emergency Phys
625 US Hwy 1, Ste 102
Key West, FL 33040-5625

Citibank (SD) NA
P O Box 6241
Sioux Falls, SD 57117

ER Solutions
for Dell Fin'l
P O Box 9004
Renton, WA 98057

Gold's Gym
Cancellation Dept
P O Box 79058
Waverley, MA 02479-0058

Household Bank
P O Box 98706
Las Vegas, NV 89193

HSBC Bank NV FKA HHLB
P O Box 98706
Las Vegas, NV 89193

Imperial Collection Services
for Bank of America
2529 Van Ness Ave
San Francisco, CA 94109

Infinity Medical Billing,Inc
for Thomas E Mathias DO
5125 Seminole Blvd ,#G
Saint Petersburg, FL 33708

LTD Financial Services
for Citibank
7322 SW Frwy, Ste 1600
Houston, TX 77074

MAF Collection Service
for Gold'sGym68380121486
134 S Tampa St
Tampa, FL 33602

MAF Collection Service
for Resnick, Jerrold B DMD
134 S Tampa St
Tampa, FL 33602

Medical Business Consultants
for Babat Katz Honeycutt Sam
P O Box 5417
Largo, FL 33779-5417

Morton Plant Hospital
P O Box 2017
Clearwater, FL 33757

NCO Financial Systems
for Citibank/BP
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems
for Citibank/Texaco
507 Prudential Road
Horsham, PA 19044

Pathology Associates PA
4563 Central Ave., Ste A
Saint Petersburg, FL 33713

Pinellas Urology Inc
5747 38th Ave N
Saint Petersburg, FL 33710-1925

Plantation Billing Center
P O Box 189016
Plantation, FL 33318-9016

Presidio/CM
for Providian
101 Crossways Pk Dr W
Woodbury, NY 11797-2020

Providian
P O. Box 660433
Dallas, TX 75266-0433

Providian Financial
P.O Box 9055
Pleasanton, CA 94566-9055

Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444

St Petersburg Medical
P O Box 31171
Tampa, FL 33631

Surpas Resource Corp
for Dell Financial Services
3120 Hayes Rd , Ste 200
Houston, TX 77082

Texaco/Shell
P O Box 15687
Wilmington, DE 19850

Thomas E Mathias, DO
6502 Park Blvd
Pinellas Park, FL 33781

Universal Fidelity Corp
for Dell Financial Services
P O Box 941911
Houston, TX 77094-8911

Wayne J Garcia MD
P O. Box 67310
Saint Petersburg, FL 33736

West Asset Management
for St Petersburg Med'l
220 Sunset Blvd , #A
Sherman, TX 75092

In re   **Matthew A. Blackburn**

_Debtor(s)_

Case No _____

Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge

Date   _9/16/05_

_(signature)_

**Matthew A. Blackburn**
Signature of Debtor

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition  The bankruptcy law is complicated and not easily described  Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court  Court employees are prohibited from giving you legal advice

## Chapter 7:  Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts

2  Under chapter 7 a trustee takes possession of all your property  You may claim certain of your property as exempt under governing law  The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code

3  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated

4  Even if you receive a discharge, there are some debts that are not discharged under the law  Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs

5  Under certain circumstances you may keep property that you have purchased subject to valid security interest  Your attorney can explain the options that are available to you

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code

2  Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings  Usually, the period allowed by the court to repay your debts is three years, but no more than five years  Your plan must be approved by the court before it can take effect

3  Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan

4  After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations

## Chapter 11:  Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors  Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12:  Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm

I, the debtor, affirm that I have read this notice

| | | |
|---|---|---|
| _Matthew Blum_ | _9/16/05_ | |
| Debtor's Signature | Date | Case Number |

# United States Bankruptcy Court
## Middle District of Florida

In re   Matthew A Blackburn

Case No_____

_____
Debtor(s)

Chapter_  7  _____

Address
49 Glades Circle
Largo, FL 33771-5006

Social Security No(s)     xxx xx-9058
Joint Debtor

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1   Under 11 U S C § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows

| | | |
|---|---|---|
| For document preparation services, I have agreed to accept | . . | $_____ 155 00 |
| Prior to the filing of this statement I have received | . . . . . | $_____ 155 00 |
| Balance Due  . . . . . . . . . . | . | $_____ 0 00 |

2   I have prepared or caused to be prepared the following documents (itemize)
Chapter 7 Petition

and provided the following services (itemize)
Prepared the Chapter 7 Petition from the debtor's answers on a questionnaire and credit reports

3   The source of the compensation paid to me was        __XX__ Debtor  _____ Other (specify)

4   The source of the compensation to be paid to me is   __N/A__ Debtor  _____ Other (specify)

5   The foregoing is a complete statement of any agreement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.   To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below

                    NAME                      SOCIAL SECURITY NUMBER
        None

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief

X  _Sandra Jackson, New Horizon_   Date  _August 25, 2005_
Signature

59-3730713/170446995
Social Security Number

New Horizon, Inc.
Name (Print)

P O Box 40783
St Petersburg, FL 33743

_____
Address

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines of imprisonment or both
11 U S C § 110, 18 U S C § 156